In the Matter of the Accounting of JOHN V. EVANS, as Executor of and Trustee under the Will of EVAN EVANS, Deceased.

BURT W. EVANS et al., Appellants; MABEL E. BLUE, as Administratrix of the Estate of EVAN T. EVANS, Deceased, Respondent.

*Appeal — motion to dismiss on ground that reversal was on facts as well as law denied.*

Reported below, 199 App. Div. 952.

(Submitted February 27, 1922; decided March 7, 1922.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 16, 1921, which reversed a decree of the Oneida County Surrogate's Court directing distribution of the estate of Evan Evans, deceased.

The motion was made upon the ground that the reversal was on the facts as well as the law and, therefore, not subject to review by the Court of Appeals.

*Richard R. Martin* for motion.

*P. C. J. De Angelis* opposed.

Motion denied, with ten dollars costs.